IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANNE V. BRUCHESKY,

    Plaintiff,

v.                                        CASE NO. 1:07-cv-00057-MP-WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 18, Report and Recommendation of the Magistrate Judge, recommending that the Commissioner of Social Security's decision denying Plaintiff's applications for supplemental security income benefits filed under Title XVI of the Social Security Act, be affirmed. The Magistrate Judge filed the Report and Recommendation on Wednesday, November 7, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

After an administrative hearing, the Administrative Law Judge ("ALJ") found that Plaintiff's Meniere's disease was a "severe" impairment, but because Plaintiff could still do her past relevant work, she was not disabled under Social Security law. Under 42 U.S.C. § 405(g), the Commissioner's decision must be affirmed if it is supported by substantial evidence and the correct legal standards have been applied. Graham v. Apfel, 129 F.3d 1420, 1422 (11th Cir. 1997). Plaintiff contends that the reasons given by the ALJ to discredit her testimony as to the severity of the impairment are not supported by substantial evidence in the record.

As the Magistrate points out, the reasons articulated by the ALJ for disregarding the claimant's subjective pain testimony must be based upon substantial evidence. <u>Jones v. Department of Health and Human Services</u>, 941 F.2d 1529, 1532 (11th Cir. 1991).  The ALJ, relying on the testimony of Plaintiff's treating physician, found that Plaintiff's condition is controlled with medication, which reduces the frequency of vertigo attacks so that they would not preclude gainful employment.  Based on this, the Court agrees with the Magistrate that there is substantial evidence in the record to conclude that Plaintiff could return to her past relevant work. Therefore, having considered the Report and Recommendation, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order;

2. The decision of the Commissioner denying benefits is AFFIRMED.

**DONE AND ORDERED** this   *13th* day of December, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge